UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNELL G. HADDOCK,<br><br>Plaintiff,<br><br>v.<br><br>EL MONTE POLICE DEPT., et al.,<br><br>Defendants. | Case No. 2:23-cv-07589-VBF-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge (Dkt. 20). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. The claims against all Defendants in their official capacity are dismissed without leave to amend.
2. The claims against the following Defendants are dismissed with

1  prejudice and without leave to amend: (a) the El Monte Police
2  Department, (b) the El Monte Fire Department, (c) Ben Lowry, Chief
3  of the El Monte Police Department, (d) Chief of the El Monte Fire
4  Department, (e) John Does 2, 3, 4, and 5.

5     3. The only claim remaining in this lawsuit is a Fourth Amendment
6  claim for use of excessive force against Officers Jane Doe 1 and John
7  Doe 1 of the El Monte Police Department in their individual
8  capacities, based on the alleged tasing of Plaintiff on October 4 or 5,
9  2022. These claims are allowed to proceed in the alternative, because
10 Plaintiff is unsure which Defendant tased him.

12 DATED: _August 14, 2024_____    /s/ Valerie Baker Fairbank
13                                  _____
                                    VALERIE BAKER FAIRBANK
                                    UNITED STATES DISTRICT JUDGE