UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNELL G. HADDOCK,<br><br>Plaintiff,<br><br>v.<br><br>EL MONTE POLICE DEP'T, et al.,<br><br>Defendants. | Case No. 2:23-cv-07589-VBF-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge (Dkt. 76). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that (1) Defendant's Motion to Dismiss be GRANTED (Dkt. 73), and (2) Judgment be entered dismissin␣ the Com␣laint without prejudice.

Date: January 23, 2026

_Valerie Baker Fairbank_

Hon. Valerie Baker Fairbank
UNITED STATES DISTRICT JUDGE