JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DONNELL G. HADDOCK,

     Plaintiff,

v.

EL MONTE POLICE DEP'T, et al.,

     Defendants.

Case No. 2:23-cv-07589-VBF-KES

**JUDGMENT**

     Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

     IT IS ADJUDGED that the Second Amended Complaint and entire action is dismissed without prejudice.

Date: January 23, 2026

*Valerie Baker Fairbank*

T e Hon. Valer e Ba er Fa r an
Senior United States District Judge